THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK NORDONE, Relator, v. EDWARD S. IRELAND and Others, as Sewer Commissioners of the

Sewer District of Huntington, County of Suffolk, State of New York, Respondents.— Writ vacated and proceeding dismissed, with fifty dollars costs and disbursements, upon the ground that there has been no audit of the relator's claim, and, therefore, there is nothing for this court to review. (*People ex rel. Brown* v. *Board of Apportionment*, 52 N. Y. 224; *People ex rel. Myers* v. *Barnes*, 114 id. 317.)   Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.